# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:10-CR-0575-JCM-VCF |
| EDUARDO MORAN ) | |
| ) | Sentencing Date: 02/18/2014 |
| *Defendant* ) | |

### DRUG OFFENDER'S REINSTATEMENT OF FEDERAL BENEFITS

The defendant has successfully completed a supervised drug rehabilitation program, or has in good faith tried to gain admission to such a program but was unable to do so because of its cost or inaccessibility, or has otherwise been rehabilitated.

**IT IS ORDERED**: Under 21 U.S.C. §862(c), the defendant's federal benefits suspended by the court on a conviction for the distribution or possession of a controlled substance are reinstated.

Date: March 13, 2014

*Judge's signature*

JAMES C. MAHAN, U.S. DISTRICT JUDGE
*Printed name and title*

City and state of defendant's residence: 3825 W. 11st St. Ingelwood, CA 90303

Last four digits of SSN: 5150

Year of birth: 1987

The clerk of court is responsible for sending a copy of this form to:

U.S. Department of Justice - Office of Justice Programs
Attn: Denial of Federal Benefits Program
810 Seventh Street, NW
Washington, D.C. 20531